DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELEEN LLC,** a Florida Limited Liability Company,
Appellant,

v.

**TOWNE CENTER INVESTMENTS, LLC,** a Florida Limited Liability
Company,
Appellee.

No. 4D21-3062

[September 30, 2022]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald R. Corlew, Judge; L.T. Case No. 50-2021-CC-001987-XXXX-SB.

Robert B. Resnick of the Law Office of Robert B. Resnick, P.A., Boca Raton, for appellant.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***